*E-Filed 2/20/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYRONE YOUNGS, | No. C 12-6212 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| PAUL WILGUS, et al., | |
| Defendants. | |

This is a federal civil rights action. Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago. Accordingly, the action is hereby DISMISSED because plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b). Plaintiff's motion to proceed *in forma pauperis* (Docket No. 2) is DENIED. The Clerk shall terminate Docket No. 2, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: February 19, 2013

RICHARD SEEBORG
United States District Judge